IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DWAYNE A. REID, JR.,** | : | CIVIL ACTION NO. 1:25-CV-844 |
| Plaintiff | : | (Judge Neary) |
| v. | : | |
| **MONICA M. LITTMAN,** *et al.*, | : | |
| Defendants | : | |

# ORDER

AND NOW, this 6th day of October, 2025, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. This case is DISMISSED WITH PREJUDICE.

2. Any appeal from this ruling is not taken in good faith. See 28 U.S.C. § 1915(a)(3).

3. The Clerk of Court is directed to CLOSE this case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania